1  DORON WEINBERG (SBN 46131)
   LAW OFFICES OF DORON WEINBERG
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  doronweinberg@aol.com

5  Attorney for Defendant
   LUCIANO AMADOR JUAREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.  CR-17-0554 PJH (KAW)** |
| ) | |
| Plaintiff, ) | **STIPULATION MODIFYING** |
| ) | **CONDITIONS OF DEFENDANT'S** |
| vs. ) | **PRETRIAL RELEASE;** |
| ) | **(PROPOSED) ORDER** |
| ) | |
| ) | |
| LUCIANO AMADOR JUAREZ, et. al., ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America through Assistant United States Attorney Helen L. Gilbert and defendant Luciano Amador Juarez through his counsel Doron Weinberg, that the conditions of pretrial release for defendant may be modified to permit defendant to leave the interior of his home, for the purpose of working within the curtilage of the property, and be outside the range of his electronic monitoring for two hours, between 8:00 a.m. and 10:00 a.m. every week between Monday and Friday.

///

IT IS FURTHER STIPULATED that Pretrial Services may make modifications in this schedule as they deem necessary.

Dated: August 17, 2018						Respectfully submitted,

								LAW OFFICES OF DORON WEINBERG


								 /s/   Doron Weinberg
								DORON WEINBERG
								Attorney for Defendant
								LUCIANO AMADOR JUAREZ

Dated: August 17, 2018						ALEX G. TSE
								Acting United States Attorney



							By:   /s/ Helen L. Gilbert
								HELEN L. GILBERT
								Assistant United States Attorney


### (PROPOSED) ORDER

Good cause appearing, IT IS HEREBY ORDERED that defendant's conditions of pretrial release be modified to permit him to leave the interior of his home, for the purpose of working within the curtilage of the property, and to be outside the range of his electronic monitoring for two hours between 8:00 a.m. and 10:00 a.m. every week between Monday through Friday. In addition, Pretrial Services may make modifications in this schedule as they deem necessary.

Dated: 8/22/18

								_____
								HONORABLE KANDIS A. WESTMORE
								Magistrate Judge, U.S. District Court