UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUCIANO AMADOR JUAREZ,<br>Defendant. | Case No. 17-cr-00554-PJH-1<br><br>**ORDER RE PETITION FOR RELEASE ON TWO THIRDS DATE**<br><br>Re: Dkt. No. 199 |

Defendant in the above-captioned case has filed a "petition for release on two thirds date." See Dkt. 199. The petition does not provide any authority for the request. There is no citation to a statute that allows for release from custody after two-thirds of a sentence has been served, or any other reference to the basis for defendant's request.

Accordingly, defendant is directed to file a supplemental brief which provides the authority upon which his request is based. The supplemental brief shall not exceed five (5) pages, and shall be filed no later than **July 12, 2021**.

**IT IS SO ORDERED.**

Dated: June 28, 2021

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge