UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-cr-00554-PJH-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE MOTION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| LUCIANO AMADOR JUAREZ, | |
| Defendant. | Re: Dkt. No. 209 |

Defendant in the above-captioned case filed a pro se motion for compassionate release on April 4, 2022.  See Dkt. 206.  Pursuant to this court's Miscellaneous Order 2019.01.25, defendant's motion was referred to the Federal Public Defender, who has "21 days to decide whether to assume representation of the defendant."

After that 21-day period passes, the court will set a briefing schedule on defendant's motion.  Until the court sets a briefing schedule, the government need not file a response to defendant's motion.  Accordingly, the government's motion for extension of time to file a response is denied as moot.

**IT IS SO ORDERED.**

Dated:  April 12, 2022

                                          /s/ *Phyllis J. Hamilton*
                                          PHYLLIS J. HAMILTON
                                          United States District Judge