Michael J. Shepard (State Bar No. 91281)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1221
mshepard@kslaw.com

Attorney for Defendant
LUCIANO AMADOR JUAREZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUCIANO AMADOR JUAREZ<br><br>　　　　　Defendant. | Case No.: 4:17-CR-00554-PJH-1<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR JUNE 8, 2022 TO JULY 6, 2022**<br><br>Judge: Hon. Phyllis J. Hamilton |

# STIPULATION

Prior to the Court issuing a scheduling order re the First Step Act Motion filed at docket #206 on 4/4/2022, the parties have met and conferred and agreed on a briefing schedule for the motion. The parties respectfully request and stipulate that the Court adopt the proposed order and set the briefing schedule accordingly:

Motion for Compassionate Release to be Filed:  June 8, 2022

Opposition to be Filed:   June 22, 2022

Reply to be Filed:  July 6, 2022

**IT IS SO STIPULATED**.


Dated: May 18, 2022                                KING & SPALDING LLP

                                                   By:   /s/ *Michael J. Shepard*
                                                           MICHAEL J. SHEPARD

                                                   Attorneys for Defendant
                                                   LUCIANO AMADOR JUAREZ


Dated: May 18, 2022                                UNITED STATES ATTORNEY'S OFFICE

                                                   By:   /s/ per email authorization
                                                           MAYA KARWANDE
                                                           Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties, the Court sets as the briefing schedule for defendant's Motion for Compassionate release:

Motion to be Filed:  June 8, 2022

Opposition to be Filed:  June 22, 2022

Reply to be Filed:  July 6, 2022

Dated: 5/18/2022

By: _____
HON. PHYLLIS J. HAMILTON
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*